O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD HULES,** | NO. CV 15-943-JFW (MAN) |
| Petitioner, | |
| v. | |
| **STATE OF CALIFORNIA,** | JUDGMENT |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition With Prejudice And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 9, 2015.

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE